[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 21, 2007
THOMAS K. KAHN
CLERK

No. 06-14807

_____

D. C. Docket No. 02-00169 CV-2-SLB

DIANA CROFT,

Plaintiff-Appellant,

versus

SCI OF ALABAMA,
d.b.a. Funeral Services of Alabama,
SERVICE CORPORATION INTERNATIONAL,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(May 21, 2007)**

Before EDMONDSON, Chief Judge, HULL, Circuit Judge, and FORRESTER,[*]
District Judge.

PER CURIAM:

_____

[*]Honorable J. Owen Forrester, United States District Judge for the Northern District of
Georgia, sitting by designation.

After review and oral argument, we find no reversible error in the district court's order and contemporaneous memorandum opinion of March 27, 2006, which granted Defendants-Appellees' motion for summary judgment on Plaintiff-Appellant's claims that are at issue in this appeal. We further conclude that the district court did not abuse its discretion or otherwise err in the particular evidentiary rulings challenged on appeal. Accordingly, we affirm the entry of final judgment in favor of Defendants-Appellees.

**AFFIRMED.**